| Attorney or Party without Attorney: Patricia N. Syverson, Esq. Bonnett Fairbourn Friedman & Balint, P.C. 2325 East Camelback Road, Suite 300 Phoenix, AZ 85016 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 602-274-1100    FAX No: 602-274-1199 | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court - Northern District Of California | | | | |
| Plaintiff: Tara Duggan, et al. | | | | |
| Defendant: Tri-Union Seafoods LLC, et al. | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: Tue, Jun. 30, 2020 | Time: 9:00AM | Dept/Div: | Case Number: 19CV02562WHO |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Attachment A

3. a. Party served:        MRAG Americas, Inc.
   b. Person served:      Lisa Gonzalez, Person Authorized to Accept Service

4. Address where the party was served:    Drummond Wehle Yonge LLP
   6987 East Fowler Avenue
   Tampa, FL 33617

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Jun. 12, 2020 (2) at: 10:50AM
   b. I received this subpoena for service on:    Thursday, June 11, 2020

6. Witness fees were not demanded or paid.

7. Person Who Served Papers:
   a. Oliver Ilonzo
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of FLORIDA that the foregoing is true and correct.

   6-16-20
   (Date)        (Signature)

8. STATE OF FLORIDA, COUNTY OF Hillsborough

   Subscribed and sworn to (or affirmed) before me on this 16th day of June, 2020 by Oliver Ilonzo

   proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   **AFFIDAVIT OF SERVICE**        (Notary Signature)    pasyv.207218



SAMANTHA MCKINNEY
Notary Public - State of Florida
Commission # GG 252374
My Comm. Expires Aug 26, 2022
Bonded through National Notary Assn.