1  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
2  PATRICIA N. SYVERSON (CA SBN 203111)
   9655 Granite Ridge Drive, Suite 200
3  San Diego, California 92123
   psyverson@bffb.com
4  Telephone: (619) 798-4593

5  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
6  ELAINE A. RYAN (*Pro Hac Vice*)
   CARRIE A. LALIBERTE (*Pro Hac Vice*)
7  2325 E. Camelback Rd. Suite 300
   Phoenix, AZ 85016
8  eryan@bffb.com
   claliberte@bffb.com
9  Telephone: (602) 274-1100

10 *Attorneys for Plaintiffs*
   *Additional Attorneys on Signature Page*
11

12
                    **UNITED STATES DISTRICT COURT**
13
                   **NORTHERN DISTRICT OF CALIFORNIA**
14

15 TARA DUGGAN, et al.,                  Case No. 3:19-cv-02562-WHO

16            Plaintiffs,                **STIPULATED REQUEST FOR ORDER
                                         EXTENDING DISCOVERY AND CLASS
17     v.                                CERTIFICATION DEADLINES**

18 TRI-UNION SEAFOODS, LLC,

19            Defendant.

[GRANTED stamp — Judge William H. Orrick]

---

Pursuant to Local Rules 6-2 and 7-12, Plaintiffs Tara Duggan, et al. ("Plaintiffs") and Defendant Tri-Union Seafoods, LLC dba Chicken of the Sea International, Inc. ("COSI") (Plaintiffs and COSI are collectively referred to hereinafter as the "Parties" and separately as "Party"), by and through their respective counsel of record hereby stipulate and agree as follows:

WHEREAS, on March 18, 2020, the Court entered an Order granting the Parties stipulated schedule on discovery and class certification deadlines. [Dkt. No. 65]. That schedule created deadlines for: substantial completion of document production related to non-expert class discovery by December 31, 2020; completion of non-expert factual discovery (including depositions) and third-party discovery by March 3, 2021; and Plaintiffs' Motion for Class Certification and Plaintiffs' Rule 26(a)(2) Expert Disclosures/Reports for Class Certification by June 4, 2021. The schedule also included subsequent deadlines for class certification and related experts' disclosures that followed.

WHEREAS, on November 24, 2020, the Parties submitted a joint Case Management Statement. [Dkt No. 82]. In that statement, in light of challenges presented by the COVID-19 pandemic, the Parties proposed a new schedule to extend the deadlines for discovery and class certification briefing and expert disclosures. Specifically, the proposed schedule requested deadlines for: substantial completion of document production related to non-expert class discovery by March 31, 2021; completion of non-expert factual discovery (including depositions) and third-party discovery by September 1, 2021; and Plaintiffs' Motion for Class Certification and Plaintiffs' Rule 26(a)(2) Expert Disclosures/Reports for Class Certification by December 1, 2021. The schedule also included subsequent deadlines for class certification and related experts' disclosures that followed.

WHEREAS, on December 1, 2020, the Court held a Case Management Conference, after which the Court adopted the Parties' proposed revised schedule. [Dkt. No. 84].

WHEREAS, the Parties have been working extremely hard to meet the current discovery deadlines, including document production, third party discovery and the taking of depositions. The Parties have also exchanged the names of the Party deponents each side intends to take. But challenges, including the ongoing constraints of the COVID-19 pandemic and the unavailability of

witnesses to sit for depositions within the current discovery timeline, have caused the need for an extension.  For example, Plaintiffs are still receiving document productions from third parties that were delayed by months due to pandemic related issues.  The Parties have also encountered problems finding deposition dates that are acceptable to both sides and that also fit within the current discovery deadlines.

WHEREAS, the Parties have met and conferred and agreed on the following schedule which seeks brief extensions of certain deadlines set forth in the below table in light of these challenges. The Parties have further agreed that extending the "Deadline for completion of non-expert factual discovery (including depositions) and third-party discovery" is limited to the depositions of Party witnesses that each have already made the other side aware of by requesting deposition dates; except, COSI reserves its rights to take the depositions of third-parties Ric O'Barry and Femke Dem Hass within the limited non-expert factual discovery extension period set forth in this stipulation.

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline for completion of non-expert factual discovery (including depositions) and third-party discovery: | September 1, 2021 | Not applicable |
| Limited non-expert factual depositions as set forth in the stipulation above: | Not applicable | November 1, 2021 |
| Plaintiffs' Motion for Class Certification and Plaintiffs' Rule 26(a)(2) Expert Disclosures/Reports for Class Certification: | December 1, 2021 | February 1, 2022 |
| Deadline for Depositions of Plaintiffs' Class Certification Experts: | January 25, 2022 | March 25, 2022 |
| COSI's Opposition to Plaintiffs' Motion for Class Certification and COSI's Rule 26(a)(2) Expert Disclosures/Reports for Class Certification: | February 22, 2022 | April 22, 2022 |
| Deadline for Depositions of COSI's Class Certification Experts: | April 12, 2022 | June 13, 2022 |
| Plaintiffs' Class Certification Reply Brief and Plaintiffs' Rule 26(a)(2) Rebuttal Expert Disclosures/Reports for Class Certification: | May 6, 2022 | July 6, 2022 |
| Hearing on Plaintiffs' Motion for Class Certification: | June 15, 2022 | ~~August 15, 2022~~ August 24, 2022 |

NOW, THEREFORE IN CONSIDERATION OF THE FOREGOING IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties that the proposed deadlines in the foregoing schedule are adopted and that "Deadline for completion of non-expert factual discovery (including depositions) and third-party discovery" is limited to taking the depositions of the Party witnesses that each has already made the other side aware of by requesting deposition dates. COSI reserves its right to take the depositions of third-parties limited to Ric O'Barry and Femke Dem Haas within the limited discovery extension period ending November 1, 2021.

Dated: August 20, 2021           Respectfully submitted,

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

  /s/*Patricia N. Syverson*
Patricia N. Syverson (203111)
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
psyverson@bffb.com
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Elaine A. Ryan (*Pro Hac Vice*)
Carrie A. Laliberte (*Pro Hac Vice*)
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

GOLDMAN SCARLATO & PENNY P.C.
Brian D. Penny (*Pro Hac Vice*)
penny@lawgsp.com
8 Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, Pennsylvania 19428
Telephone: (484) 342-0700

ZAREMBA BROWN PLLC
Brian M. Brown (*Pro Hac Vice*)
bbrown@zarembabrown.com
40 Wall Street, 52nd Floor
New York, NY 10005
Telephone: (212) 380-6700

3

|  |  |
|---|---|
|  | ROBBINS GELLER RUDMAN & DOWD LLP<br>Stuart A. Davidson (*Pro Hac Vice*)<br>Christopher C. Gold (*Pro Hac Vice*)<br>Bradley M. Beall (*Pro Hac Vice*)<br>Dorothy P. Antullis (*Pro Hac Vice*)<br>Ricardo J. Marenco (*Pro Hac Vice*)<br>sdavidson@rgrdlaw.com<br>cgold@rgrdlaw.com<br>bbeall@rgrdlaw.com<br>dantullis@rgrdlaw.com<br>rmarenco@rgrdlaw.com<br>120 East Palmetto Park Road, Suite 500<br>Boca Raton, FL  33432<br>Telephone:  (561) 750-3000<br><br>Attorneys for Plaintiffs |
| Dated:  August 20, 2021 | PARKS & SOLAR, LLP<br><br>By:  /s/*Robert J. Parks*<br>Robert J. Parks<br>501 West Broadway, Suite 1540<br>San Diego, CA  92101<br>Telephone:  (619) 501 2700<br>rparks@parksandsolar.com<br><br>Attorneys for Defendant, COSI Seafoods, LLC |

4

STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY AND CLASS CERTIFICATION
DEADLINES                                                                                                    4:19-CV-02562-WHO

**LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this Stipulated Request for Order Extending Discovery and Class Certification Deadlines, and have authorized the filing of this document.

Dated: August 20, 2021                          By: */s/ Patricia N. Syverson*
                                                     Patricia N. Syverson