BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
PATRICIA N. SYVERSON (CA SBN 203111)
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
psyverson@bffb.com
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
ELAINE A. RYAN (*Pro Hac Vice*)
CARRIE A. LALIBERTE (*Pro Hac Vice*)
2325 E. Camelback Rd. Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

*Attorneys for Plaintiffs*
*Additional Attorneys on Signature Page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARA DUGGAN, et al., | Case No. 3:19-cv-02562-WHO |
| Plaintiffs, | **STIPULATION FOR DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | |
| TRI-UNION SEAFOODS, LLC, | |
| Defendant. | |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by
2 | and between Tara Duggan, Lori Myers, Angela Cosgrove, Robert McQuade, Colleen McQuade,
3 | Anthony Luciano, Lori Luciano, Robert Nugent, James Borruso, Fidel Jamelo, Jocelyn Jamelo, Ken
4 | Petrovcik, Avraham Isac Zelig, Amar Mody, Heena Mody, and Megan Kiihne (collectively
5 | "Plaintiffs"), on the one hand, and Tri-Union Seafoods LLC d/b/a Chicken of the Sea International
6 | ("COSI"), on the other hand, through their designated counsel of record, that this action be and
7 | hereby is dismissed.

Plaintiffs' individual claims against COSI in this action are voluntarily dismissed *with* prejudice. Absent putative class members' claims are dismissed *without* prejudice. All parties shall bear their own fees and costs.

IT IS SO STIPULATED.

Dated: November 30, 2021    BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.

 /s/*Patricia N. Syverson*
Patricia N. Syverson (203111)
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
psyverson@bffb.com
Telephone: (619) 798-4593

BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.
Elaine A. Ryan (*Pro Hac Vice*)
Carrie A. Laliberte (*Pro Hac Vice*)
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone: (602) 274-1100

GOLDMAN SCARLATO & PENNY P.C.
Brian D. Penny (*Pro Hac Vice*)
penny@lawgsp.com
8 Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, Pennsylvania 19428
Telephone: (484) 342-0700

///

///

///

///

1

|   |   |
|---|---|
| 1 | ZAREMBA BROWN PLLC |
| 2 | Brian M. Brown (*Pro Hac Vice*) |
|   | bbrown@zarembabrown.com |
| 3 | 40 Wall Street, 52nd Floor |
|   | New York, NY 10005 |
| 4 | Telephone: (212) 380-6700 |

ZAREMBA BROWN PLLC
Brian M. Brown (*Pro Hac Vice*)
bbrown@zarembabrown.com
40 Wall Street, 52nd Floor
New York, NY 10005
Telephone: (212) 380-6700

ROBBINS GELLER RUDMAN & DOWD LLP
Stuart A. Davidson (*Pro Hac Vice*)
Christopher C. Gold (*Pro Hac Vice*)
Bradley M. Beall (*Pro Hac Vice*)
Dorothy P. Antullis (*Pro Hac Vice*)
Ricardo J. Marenco (*Pro Hac Vice*)
sdavidson@rgrdlaw.com
cgold@rgrdlaw.com
bbeall@rgrdlaw.com
dantullis@rgrdlaw.com
rmarenco@rgrdlaw.com
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000

Attorneys for Plaintiffs

Dated:  November 30, 2021         PARKS & SOLAR, LLP

By: /s/*Robert J. Parks*
Robert J. Parks
501 West Broadway, Suite 1540
San Diego, CA 92101
Telephone:  (619) 501 2700
rparks@parksandsolar.com

Attorneys for Defendant, Tri-Union Seafoods, LLC

Dated:  November 30, 2021         VENABLE, LLP

By: /s/*William M. Sloan*
William M. Sloan
Steven E. Swaney
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:  (415) 653.3750
WMSloan@venable.com

Attorneys for Defendant, Tri-Union Seafoods, LLC

2

STIPULATION FOR DISMISSAL                                  4:19-CV-02562-WHO

**LOCAL RULE 5-1(i)(3) ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this Stipulation For Dismissal, and have authorized the filing of this document.

Dated:  November 30, 2021          By: */s/ Patricia N. Syverson*
                                        Patricia N. Syverson

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 30, 2021.

/s/ *Patricia N. Syverson*
Patricia N. Syverson